No. 94–6591. TRONCOSO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6614. PETTY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6778. FORD v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–6971. PRICE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6980. SCHMIDT v. MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 94–6981. TORRES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6982. SCHAFFER v. BEVEVINO ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6984. WILLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6987. HALL ET AL. v. LOCAL UNION 1183, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA. Sup. Ct. Del. Certiorari denied.

No. 94–6990. MAFNAS v. ALDAN-PIERCE. C. A. 9th Cir. Certiorari denied.

No. 94–6991. RAMOS v. OFFICE OF THE PUBLIC DEFENDER, HUDSON REGION. C. A. 3d Cir. Certiorari denied.

No. 94–6992. PIZZO v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6994. REILLY v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6995. MARVEL v. DELAWARE. Sup. Ct. Del. Certiorari denied.